**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **MARK J. O'CONNOR** and **SARA F. LEIBMAN** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES CELLULAR CORPORATION**, *et al.*, <br><br> Defendants. | Civil Action No. 20-cv-2070 (TSC) |

## APPENDIX

Figure 1 – Ownership Structure of Advantage Spectrum, L.P. as claimed by Defendants



Figure 2 – Ownership Structure of Advantage Spectrum, L.P. as alleged by Relators